UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Midoree R., | File No. 22-cv-822 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Tony N. Leung issued a Report and Recommendation on June 28, 2023. ECF No. 21. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. § 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED** in full.

2. Plaintiff's Motion for Summary Judgment [ECF No. 12] is **DENIED**.

3. The Commissioner's Motion for Summary Judgment [ECF No. 15] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: July 17, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court